*General Biggs, Assistant Attorney General Wideman*, and *Messrs. James W. Morris* and *John G. Remey* for respondent.

No. 240. KELLY *v.* NATIONAL CITY BANK OF NEW YORK. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William F. Kelly, pro se. Mr. F. S. Easby-Smith* for respondent.

No. 241. MISSOURI EX REL. ABEILLE FIRE INSURANCE CO. ET AL. *v.* SEVIER, JUDGE. October 8, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. · The CHIEF JUSTICE and MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. E. R. Morrison* and *R. J. Folonie* for petitioners. *Messrs. Gilbert Lamb, Floyd E. Jacobs*, and *John T. Barker* for respondent.

No. 244. LOCKE INSULATOR CORP. *v.* JACQUE, ADMINISTRATRIX. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur H. Deibert* for petitioner. *Mr. William L. Clay* for respondent.

No. 245. STEVENSON *v.* JEFFERSON STANDARD LIFE INSURANCE CO. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. F. G. Hudson* for petitioner. *Mr. Sidney L. Herold* for respondent.